# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT L. AVERY, | ) |
|       Plaintiff, | ) |
| vs. | )   Case No. CIV-18-907-SLP |
| ANDREW M. SAUL,<br>Commissioner of the Social Security<br>Administration, | ) |
|       Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Gary M. Purcell entered July 23, 2019, [Doc. No. 26]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner is REVERSED and this matter is REMANDED for further proceedings.

IT IS SO ORDERED this 14th day of August, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE